UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 11 B 00134
                                          CHAPTER 13
DEMEKO GRIFFIN
                                          JUDGE JACK B SCHMETTERER

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:**  <u>WELLS FARGO BANK NA</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 12 | XXXXXX1576 | $69,469.74 | $69,469.74 | $69,469.74 |
| Total Amount Paid by Trustee | | | | | $69,469.74 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 11-00134-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 3rd day of February, 2016.


Debtor:                                    Attorney:
DEMEKO GRIFFIN                             THE SEMRAD LAW FIRM LLC
16835 MANOR DR                             20 S CLARK ST 28TH FLR
SOUTH HOLLAND, IL 60473                    CHICAGO, IL 60603
                                           via Clerk's ECF noticing procedures


Creditor:                                  Mortgage Creditor:
WELLS FARGO BANK NA                        WELLS FARGO BANK
1 HOME CAMPUS MAC#X2302 04C                % PIERCE & ASSOCIATES
DES MOINES, IA 50328                       1 N DEARBORN #1300
                                           CHICAGO, IL 60602


ELECTRONIC SERVICE - United States Trustee


Date: February 03, 2016                    /s/ TOM VAUGHN
                                           _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE
                                           55 E. MONROE STREET, SUITE 3850
                                           CHICAGO, IL 60603